# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 9 MM 2016
:
:
:
v. :
:
:
:
2002 SUBARU IMPREZA VIN# :
JF1GG68552G821124 AND NOKIA :
TRACPHONE SEIZED FROM ANDREW :
GLUSHKO :
:
:
:
PETITION OF: ANDREW GLUSHKO :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.